AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 18-cr-00238-PAB |
|  | ) |
| HANNO VAN RENSBURG | ) |
| *Defendant* |  |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Hanno Van Rensburg,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
COUNTS 1-3: 18 U.S.C. §§ 1343, 2: Wire fraud
COUNT 4: 18 U.S.C. § 1349: Conspiracy
COUNT 5: 16 U.S.C. §§ 3372(a)(2)(A) and 3373(d)(1)(B): Lacey Act Violation
COUNT 6: 16 U.S.C. §§ 3372(a)(2)(A); 3372(a)(4); and 3372(d)(1)(B): Attempted Lacey Action Violation
COUNT 7: 16 U.S.C. §§ 1538(a)(1)(G) and 1540(b)(1); 50 C.F.R. §§ 17.11, 17.21(e), 17.31(a), and 17.40(e)(6)(ii); and
         18 U.S.C § 2: Endangered Species Act Violation

Date: 05/17/2018                                        s/D. Kalsow, Deputy Clerk
                                                        *Issuing officer's signature*

City and state:  Denver, Colorado                       Jeffrey P. Colwell, Clerk of Court
                                                        *Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
                                                        *Arresting officer's signature*

                                                        *Printed name and title*